IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BAUGH,  

    Petitioner,

v.

BEN CURRY, Warden,

    Respondent.
                                    /

No. C 07-00448 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Michael Baugh's Petition for Writ of Habeas Corpus is denied and that each party bear its own costs of action.

    Dated at Oakland, California, this 28th day of January, 2009.

                                      RICHARD W. WIEKING  
                                      Clerk of Court

                        By: _____  
                                      SHEILAH CAHILL  
                                      Deputy Clerk